No. 89–1089.   ATLANTIC RICHFIELD CO. v. VAN VRANKEN ET AL.   Temp. Emerg. Ct. App.   Certiorari denied.

No. 89–1090.   ELLIS v. RINGGOLD SCHOOL DISTRICT.   C. A. 3d Cir.   Certiorari denied.

No. 89–1091.   SOBOL, COMMISSIONER OF THE NEW YORK STATE EDUCATION DEPARTMENT v. BURR, BY HIS PARENTS AND NEXT FRIENDS, BURR ET UX.   C. A. 2d Cir.   Certiorari denied.

No. 89–1109.   MASON v. CITY OF GASTONIA, NORTH CAROLINA, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 89–1116.   BISHOP v. OASIS OIL CO. ET AL.   C. A. 9th Cir. Certiorari denied.

No. 89–1135.   WEBER ET AL. v. KLUGE ET AL.   Super. Ct. N. J., App. Div.   Certiorari denied.

No. 89–1143.   SUNG MAN KIM ET UX. v. SOO AN LEE ET UX. Ct. App. D. C.   Certiorari denied.

No. 89–1146.   BROECKL ET AL. v. CHICAGO PARK DISTRICT. Sup. Ct. Ill.   Certiorari denied.

No. 89–1171.   GONZALEZ-SENTI v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 89–1186.   FLOCA v. HOMECARE HEALTH SERVICES, INC., ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 89–1206.   ELKINS v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 89–6005.   WILKERSON v. SMITH, WARDEN.   C. A. 5th Cir. Certiorari denied.

No. 89–6140.   NIVICA v. UNITED STATES; and
No. 89–6360.   WELLINGTON v. UNITED STATES.   C. A. 1st Cir.   Certiorari denied.

No. 89–6186.   GARCIA v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.